United States District Court
Southern District of Texas
**ENTERED**
February 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Salvador Segovia, Jr., § § Plaintiff, § § v. § § FM1960 Plaza Investment, LLC, § § Defendant. § | Civil Action No. H-24-3399 |

## O R D E R

On February 25, 2025, Plaintiff, Salvador Segovia, Jr., filed a Notice of Settlement (docket no. 14) announcing that a settlement has been reached in this action with Defendant, FM1960 Plaza Investment, LLC.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** to the right of counsel to move for reinstatement **within thirty (30) days** of entry of this order on presentation of adequate proof that the settlement could not be consummated.

All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 25th day of February, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE