United States District Court
Southern District of Texas
**ENTERED**
March 20, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Salvador Segovia, Jr., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § Civil Action No. H-24-3399 <br> FM1960 Plaza Investment, LLC, § <br> § <br> Defendant. § | |

## **O R D E R**

On March 19, 2025, Plaintiff, Salvador Segovia, Jr., filed a Notice of Voluntary Dismissal with Prejudice (docket no. 16) stipulating to the voluntary dismissal of this action against Defendant, FM1960 Plaza Investment, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, this Court accepts the Notice of Voluntary Dismissal and this action is hereby **DISMISSED WITH PREJUDICE** against refiling the same.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 20th day of March, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE